**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Antonwaine**<br>First name<br><br>Middle name<br><br>**Kyle**<br>Last name and Suffix (Sr., Jr., II, III) | **Karmine**<br>First name<br><br>Middle name<br><br>**Dixon-Kyle**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  | **Karmine Dixon** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7034** | **xxx-xx-5267** |

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.    Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

Business name(s)

EINs

**5.    Where you live**

3941 Breton Rd SE
Grand Rapids, MI 49512-3725
Number, Street, City, State & ZIP Code

**Kent**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.    Why you are choosing** *this district* **to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**                                    Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.  How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.  Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.  Do you rent your residence?**

☐ No.    Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you?

☑ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1
Debtor 2   **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

**16.** What kind of debts do you have?

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

**17.** Are you filing under Chapter 7?

☐ No.   I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** How much do you estimate your assets to be worth?

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** How much do you estimate your liabilities to be?

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Antonwaine Kyle | /s/ Karmine Dixon-Kyle |
| --- | --- |
| **Antonwaine Kyle** | **Karmine Dixon-Kyle** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on    **October 16, 2018** | Executed on    **October 16, 2018** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1
Debtor 2   **Kyle, Antonwaine & Dixon-Kyle, Karmine**          Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Stephen Watt**                         Date   **October 16, 2018**
Signature of Attorney for Debtor                   MM / DD / YYYY

**Stephen Watt**
Printed name

**Watt Law Firm, P.C.**
Firm name

**2951 Thornhills Ave SE**
**Grand Rapids, MI 49546-7154**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address   **wattparalegal@gmail.com**

**Stephen Watt**
Bar number & State

---

Certificate Number: 17082-MIW-CC-031639224



17082-MIW-CC-031639224

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 19, 2018</u>, at <u>8:31</u> o'clock <u>AM MST</u>, <u>ANTONWAINE KYLE</u> received from <u>Summit Financial Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Michigan</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>September 19, 2018</u>          By:    <u>/s/Kenneth Hernandez</u>

Name:  <u>Kenneth Hernandez</u>

Title:  <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 17082-MIW-CC-031638965



17082-MIW-CC-031638965

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 19, 2018</u>, at <u>7:36</u> o'clock <u>AM MST</u>, <u>KARMINE L DIXON KYLE</u> received from <u>Summit Financial Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Michigan</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>September 19, 2018</u>          By:     <u>/s/Denis  L Escamilla De Garcia</u>

                                      Name:   <u>Denis  L Escamilla De Garcia</u>

                                      Title:   <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonwaine Kyle** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Karmine Dixon-Kyle** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $ 27,268.94 |
| 1c. Copy line 63, Total of all property on Schedule A/B.............................................. | $ 27,268.94 |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 63,042.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 36,485.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*......................... | $ 154,443.40 |
| **Your total liabilities** | $ 253,970.40 |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) <br> Copy your combined monthly income from line 12 of *Schedule I*................................................... | $ 3,353.31 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) <br> Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ 5,033.00 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**                                    Case number *(if known)* _____

☐    **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8.    **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11;**OR**, Form 122B Line 11;**OR**, Form 122C-1 Line 14.

$ _____ **5,773.96**

9.    **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F*, **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **1,477.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **35,008.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **11,655.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **48,140.00** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| | **Fill in this information to identify your case and this filing:** |
|---|---|

| Debtor 1 | **Antonwaine Kyle** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Karmine Dixon-Kyle** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION | | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

■ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:** **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Jeep** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.1
Make: **Jeep**
Model: **Grand Cherokee 2WD**
Year: **2014**
Approximate mileage: **75000**
Other information:

**2014 Jeep Grand Cherokee with 75,000 miles**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$29,213.00**
Current value of the portion you own? **$1.00**

3.2
Make: **Mercedes-Benz**
Model: **GL550 4matic**
Year: **2010**
Approximate mileage: **139000**
Other information:

**2010 Merc Benz GL550 with 139,000 miles**

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$33,829.00**
Current value of the portion you own? **$0.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**          Case number *(if known)*

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages
    you have attached for Part 2. Write that number here...........................................................................=>

|  |
|---|
| **$1.00** |

---

**Part 3:**   Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| Household goods and furnishings | $2,000.00 |
|---|---|

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
             including cell phones, cameras, media players, games
    ■ No
    ☐ Yes.  Describe.....

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other
             collections, memorabilia, collectibles
    ■ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical
             instruments
    ■ No
    ☐ Yes.  Describe.....

10.  **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| 9 mil. Walther | $299.00 |
|---|---|
| 9 mil. Walther PX | $150.00 |

11.  **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Wearing apparel | $1,000.00 |
|---|---|

12.  **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Jewelry | $800.00 |
|---|---|

13.  **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| Maltese dog | $125.00 |
|---|---|

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Debtor 1 | | |
| Debtor 2 | **Kyle, Antonwaine & Dixon-Kyle, Karmine** | Case number *(if known)* _____ |

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
- ■ No
- ☐ Yes.  Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................

| |
|---|
| **$4,374.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ■ No
- ☐ Yes.........................................................................................................

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No
- ■ Yes......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking Account | Business fundamentals checking account with Bank of America | $370.15 |
| 17.2. | Checking Account | Bank of America Core Checking account | $134.23 |
| 17.3. | Other Financial Account | Business investment account with Bank of America | $5.02 |
| 17.4. | Other Financial Account | Prepaid Square, Inc. Cash App card | $75.62 |
| 17.5. | Other Financial Account | Prepaid Netspend Skylight One card | $103.00 |
| 17.6. | Savings Account | Savings account with Lake Michigan Credit Union | $55.12 |
| 17.7. | Checking Account | Free checking with Lake Michigan Credit Union | $3,765.94 |

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ■ No
- ☐ Yes.................   Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
- ■ No
- ☐ Yes.  Give specific information about them...................
Name of entity:                                                 % of ownership:

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

| Debtor 1 | | |
|---|---|---|
| Debtor 2 | **Kyle, Antonwaine & Dixon-Kyle, Karmine** | Case number *(if known)* |

�(checked) No

☐ Yes. Give specific information about them.

Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☐(checked) Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Retirement Account** | DaVita Retirement Savings Plan through Voya | $7,008.46 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐(checked) No

☐ Yes. ..................... Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☐(checked) No

☐ Yes............. Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐(checked) No

☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐(checked) No

☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☐(checked) No

☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐(checked) No

☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No

☐(checked) Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Estimated 2018 Federal income tax refund | Federal | $8,676.00 |
|---|---|---|

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐(checked) No

☐ Yes. Give specific information......

Debtor 1
Debtor 2   **Kyle, Antonwaine & Dixon-Kyle, Karmine**                          Case number *(if known)*

---

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits;
    unpaid loans you made to someone else

    ☐ No
    ■ Yes.  Give specific information..

    | Wage garnishment by My Personal Credit Union | $2,700.40 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
                        Company name:                        Beneficiary:                        Surrender or refund
                                                                                                  value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has
    died.

    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for**
    **Part 4. Write that number here**...................................................................................................................

    | $22,893.94 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|  | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

    | $0.00 |

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2     **Kyle, Antonwaine & Dixon-Kyle, Karmine**                    Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---------|-------------------------------------------|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................. | | $0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $1.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $4,374.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $22,893.94 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $27,268.94 | Copy personal property total          $27,268.94 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | $27,268.94 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonwaine Kyle** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 1 Exemptions** | | | |
| **Mercedes-Benz<br>GL550 4matic<br>2010<br>139000**<br>Line from *Schedule A/B* **3.2** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(2)** |
| **Household goods and furnishings**<br>Line from *Schedule A/B* **6.1** | **$2,000.00** | ■ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **9 mil. Walther**<br>Line from *Schedule A/B* **10.1** | **$299.00** | ■ **$149.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **9 mil. Walther PX**<br>Line from *Schedule A/B* **10.2** | **$150.00** | ■ **$75.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Wearing apparel**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $800.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| **Maltese dog**<br>Line from *Schedule A/B*: **13.1** | $125.00 | ■ $62.50<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Business fundamentals checking account with Bank of America**<br>Line from *Schedule A/B*: **17.1** | $370.15 | ■ $370.15<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Bank of America Core Checking account**<br>Line from *Schedule A/B*: **17.2** | $134.23 | ■ $134.23<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **Business investment account with Bank of America**<br>Line from *Schedule A/B*: **17.3** | $5.02 | ■ $5.02<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| **DaVita Retirement Savings Plan through Voya**<br>Line from *Schedule A/B*: **21.1** | $7,008.46 | ■ $3,504.23<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(10)(E) |
| **Estimated 2018 Federal income tax refund**<br>Line from *Schedule A/B*: **28.1** | $8,676.00 | ■ $4,338.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

**Fill in this information to identify your case:**

| Debtor 1 | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Karmine Dixon-Kyle** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor 2 Exemptions**<br>**Jeep**<br>**Grand Cherokee 2WD**<br>**2014**<br>**75000**<br>Line from *Schedule A/B* **3.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(2)** |
| **Mercedes-Benz**<br>**GL550 4matic**<br>**2010**<br>**139000**<br>Line from *Schedule A/B* **3.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(2)** |
| **Household goods and furnishings**<br>Line from *Schedule A/B* **6.1** | $2,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **9 mil. Walther**<br>Line from *Schedule A/B* **10.1** | $299.00 | ■ $149.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **9 mil. Walther PX**<br>Line from *Schedule A/B*: **10.2** | $150.00 | ■ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Wearing apparel**<br>Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $800.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(4)** |
| **Maltese dog**<br>Line from *Schedule A/B*: **13.1** | $125.00 | ■ $62.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Prepaid Square, Inc. Cash App card**<br>Line from *Schedule A/B*: **17.4** | $75.62 | ■ $75.62<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Prepaid Netspend Skylight One card**<br>Line from *Schedule A/B*: **17.5** | $103.00 | ■ $103.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Savings account with Lake Michigan Credit Union**<br>Line from *Schedule A/B*: **17.6** | $55.12 | ■ $55.12<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Free checking with Lake Michigan Credit Union**<br>Line from *Schedule A/B*: **17.7** | $3,765.94 | ■ $3,765.94<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **DaVita Retirement Savings Plan through Voya**<br>Line from *Schedule A/B*: **21.1** | $7,008.46 | ■ $3,504.23<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(10)(E)** |
| **Estimated 2018 Federal income tax refund**<br>Line from *Schedule A/B*: **28.1** | $8,676.00 | ■ $4,338.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **Wage garnishment by My Personal Credit Union**<br>Line from *Schedule A/B*: **30.1** | $2,700.40 | ■ $2,700.40<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Schedule C: The Property You Claim as Exempt**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonwaine Kyle** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Karmine Dixon-Kyle** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
### Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **Carmax Auto Finance** | Describe the property that secures the claim: | $29,213.00 | $29,213.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 440609
Kennesaw, GA
30160-9511**

Number, Street, City, State & Zip Code

**2014 Jeep Grand Cherokee 2WD
2014 Jeep Grand Cherokee with
75,000 miles**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **07/2018**        Last 4 digits of account number _____

| 2.2 | **Credit Union One** | Describe the property that secures the claim: | $33,829.00 | $33,829.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Christopher Frank
PO Box 2191
Royal Oak, MI
48068-2191**

Number, Street, City, State & Zip Code

**2010 Mercedes-Benz GL550 4matic
2010 Merc Benz GL550 with 139,000
miles**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **04/2015**        Last 4 digits of account number  **72CK**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1 **Antonwaine Kyle**
      First Name              Middle Name           Last Name

Debtor 2 **Karmine Dixon-Kyle**
      First Name               Middle Name           Last Name

Case number (if know) _____

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$63,042.00** |
| **If this is the last page of your form, add the dollar value totals from all pages.** **Write that number here:** | **$63,042.00** |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐  Name, Number, Street, City, State & Zip Code
    **17th Circuit Court**
    **180 Ottawa Ave NW Ste 2400**
    **Grand Rapids, MI 49503-2703**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  **72CK**

☐  Name, Number, Street, City, State & Zip Code
    **Christopher Frank**
    **PO Box 2191**
    **Royal Oak, MI 48068-2191**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  **72CK**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonwaine Kyle** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Karmine Dixon-Kyle** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**  **Chaka Osler**
Priority Creditor's Name

Last 4 digits of account number   **0457**          **unknown**        **$0.00**        **$0.00**

When was the debt incurred?   **2011**

**311 Charring Cross Dr SE**
**Grand Rapids, MI 49546**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of PRIORITY unsecured claim:**

☐ At least one of the debtors and another

■ Domestic support obligations

☐ **Check if this claim is for a  community debt**

☐ Taxes and certain other debts you owe the government

**Is the claim subject to offset?**

☐ Claims for death or personal injury while you were intoxicated

■ No

☐ Other. Specify _____

☐ Yes

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**    Case number (if know) _____

| 2.2 | **Internal Revenue Service** | Last 4 digits of account number **7984** | **$32,069.00** | **$32,069.00** | **$0.00** |

Priority Creditor's Name

**PO Box 804527**
**Cincinnati, OH 45280-4527**
Number Street City State Zip Code

When was the debt incurred? **05/04/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.3 | **State of Michigan Child Support** | Last 4 digits of account number _____ | **$1,477.00** | **$1,477.00** | **$0.00** |

Priority Creditor's Name

**PO Box 30478**
**Lansing, MI 48909-7978**
Number Street City State Zip Code

When was the debt incurred? **10/2011**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| 2.4 | **State of Michigan Dept of Treasury** | Last 4 digits of account number **1135** | **$2,939.00** | **$2,939.00** | **$0.00** |

Priority Creditor's Name

**PO Box 77929**
**Detroit, MI 48277-0929**
Number Street City State Zip Code

When was the debt incurred? **02/13/2018**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

---

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

Debtor 1
Debtor 2   **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

---

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **Acceptance Now** | **Last 4 digits of account number** _____ | **$1,861.00** |

Nonpriority Creditor's Name

**5501 Headquarters Dr**
**Plano, TX 75024-5837**
Number Street City State Zip Code

**When was the debt incurred?**   05/2018

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Rental agreement**

---

| 4.2 | **Adventure Credit Union** | **Last 4 digits of account number** _____ | **$14,875.00** |

Nonpriority Creditor's Name

**630 32nd St SE**
**Grand Rapids, MI 49548-2306**
Number Street City State Zip Code

**When was the debt incurred?**   07/2013

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Automobile**

---

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

| 4.3 | **Anesthesia Medical Consultants PC** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____     $827.52

**When was the debt incurred?** _____

**PO Box 30322**
**Lansing, MI 48909-7822**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical** _____

---

| 4.4 | **Apria Healthcare** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____     $322.26

**When was the debt incurred?** _____

**4513 Broadmoor Ave SE Ste D**
**Grand Rapids, MI 49512-5313**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical** _____

---

| 4.5 | **Cadillac Accounts Receiv** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** _____     $314.00

**When was the debt incurred?**     **11/2017** _____

**PO Box 358**
**Cadillac, MI 49601-0358**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Pathology Assoc of GR** _____

---

Debtor 1
Debtor 2 **Kyle, Antonwaine & Dixon-Kyle, Karmine**                    Case number (if know) _____

| | | |
|---|---|---|
| 4.6 | **Caine & Weiner** | Last 4 digits of account number _____    $733.00 |

Nonpriority Creditor's Name

**PO Box 5010**
**Woodland Hills, CA 91365-5010**
Number Street City State Zip Code

When was the debt incurred?    06/19/2017

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Progressive Insurance**

| | | |
|---|---|---|
| 4.7 | **Capital One Bank USA NA** | Last 4 digits of account number _____    $2,800.00 |

Nonpriority Creditor's Name

**PO Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card**

| | | |
|---|---|---|
| 4.8 | **Celco LTD** | Last 4 digits of account number _____    $5,188.00 |

Nonpriority Creditor's Name

**1140 Terex Rd**
**Hudson, OH 44236-3771**
Number Street City State Zip Code

When was the debt incurred?    02/2016

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Union One**

Debtor 1  
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

| 4.9 | **Certified Emergency Specialists** | Last 4 digits of account number _____ | **$819.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**5900 Byron Center Ave SW**
**Wyoming, MI 49519-9606**
Number Street City State Zip Code

When was the debt incurred?  **2015GC0003833**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

| 4.10 | **Chase Bank** | Last 4 digits of account number _____ | **$458.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**270 Park Ave**
**New York, NY 10017-2014**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Bank fees**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

| 4.11 | **Citicards Cbna** | Last 4 digits of account number _____ | **$13,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 6241**
**Sioux Falls, SD 57117-6241**
Number Street City State Zip Code

When was the debt incurred?  **07/18/2009**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit card**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

---

**4.12** | **Coast to Coast Financial**
Nonpriority Creditor's Name

**101 Hodencamp Rd Ste 120**
**Thousand Oaks, CA 91360-5831**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$95.00**

When was the debt incurred?    **04/2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Republic Services**

---

**4.13** | **Comcast**
Nonpriority Creditor's Name

**1 Comcast Ctr**
**Philadelphia, PA 19103-2838**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1,200.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utility**

---

**4.14** | **Concord Associates Group, LLC**
Nonpriority Creditor's Name

**810 Leonard St NE**
**Grand Rapids, MI 49503-1190**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$1,302.00**

When was the debt incurred?    **2012LC0000816**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Landlord Tenant**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

| 4.15 | **Credit Acceptance** | Last 4 digits of account number _____ | $3,894.00 |
|------|------------------------|-----------------------------------------|-----------|

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 513**
**Southfield, MI 48037-0513**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Vehicle** _____

---

| 4.16 | **Credit Collection Service** | Last 4 digits of account number _____ | $134.03 |
|------|-------------------------------|-----------------------------------------|---------|

Nonpriority Creditor's Name

When was the debt incurred? _____

**725 Canton St**
**Norwood, MA 02062-2679**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Allstate Property & Casualty** _____

---

| 4.17 | **Credit Union One** | Last 4 digits of account number _____ | $5,189.00 |
|------|----------------------|-----------------------------------------|-----------|

Nonpriority Creditor's Name

When was the debt incurred?    **07/2013** _____

**400 E 9 Mile Rd**
**Ferndale, MI 48220-1774**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Vehicle** _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

| | |
|---|---|
| **4.18** | |

**Dept of Ed/Navient**
Nonpriority Creditor's Name

**PO Box 9635**
**Wilkes Barre, PA 18773-9635**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$11,655.00**

When was the debt incurred?    **10/2013**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| | |
|---|---|
| **4.19** | |

**Diversified Consultant**
Nonpriority Creditor's Name

**10550 Deerwood Park Blvd**
**Jacksonville, FL 32256-0596**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$1,385.00**

When was the debt incurred?    **06/2018**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **ATT Mobility**

---

| | |
|---|---|
| **4.20** | |

**ERC**
Nonpriority Creditor's Name

**PO Box 57610**
**Jacksonville, FL 32241-7610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____    **$168.51**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **T-Mobile USA**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

| 4.21 | **Fifth Third Bank** | Last 4 digits of account number _____ | **$7,411.28** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 630900**
**Cincinnati, OH 45263-0900**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify _____

---

| 4.22 | **Grand Rapids Ear Nose and Throat PC** | Last 4 digits of account number _____ | **$458.58** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1555 44th St SW**
**Wyoming, MI 49509-4313**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Medical**

---

| 4.23 | **Grand Rapids Surgical Suites** | Last 4 digits of account number _____ | **$2,521.79** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**2505 E Paris Ave SE Ste 105**
**Grand Rapids, MI 49546-2459**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

☐ Yes

■ Other. Specify  **Medical**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

| | | |
|---|---|---|
| 4.24 | **Huntington Bank** <br> Nonpriority Creditor's Name | Last 4 digits of account number _____ | $458.00 |

**17 S High St**
**Columbus, OH 43215-3413**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Bank fees**

---

| | | |
|---|---|---|
| 4.25 | **Jefferson Capital Systems, LLC** <br> Nonpriority Creditor's Name | Last 4 digits of account number _____ | $2,239.00 |

**16 McLeland Rd**
**Saint Cloud, MN 56303-2198**
Number Street City State Zip Code

When was the debt incurred?  **10/01/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **DTE Energy**

---

| | | |
|---|---|---|
| 4.26 | **Lake Michigan Credit Union** <br> Nonpriority Creditor's Name | Last 4 digits of account number  **1543** | $17,940.00 |

**3810 Sparks Dr SE**
**Grand Rapids, MI 49546-6144**
Number Street City State Zip Code

When was the debt incurred?  **07/19/2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **General civil law suit**

---

Debtor 1
Debtor 2   **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

| 4.27 | **Lake Michigan Credit Union** | Last 4 digits of account number _____ | $1,905.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**4027 Lake Dr SE**
**Grand Rapids, MI 49546-8812**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   09/2014

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card**

| 4.28 | **Merchants & Medical** | Last 4 digits of account number _____ | $3,997.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**6324 Taylor Dr**
**Flint, MI 48507-4680**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   11/2017

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Colleges**

| 4.29 | **Mercy Health Physicians Partners** | Last 4 digits of account number _____ | $167.03 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 14009**
**Belfast, ME 04915-4031**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

Debtor 1
Debtor 2   **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

| 4.30 | **Mercy Health St Mary's** | Last 4 digits of account number _____ | $264.77 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**1820 44th St SE**
**Grand Rapids, MI 49508-5006**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical** _____

---

| 4.31 | **My personal Credit Union** | Last 4 digits of account number   **70CK** | $19,014.55 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?   **11/20/2015**

**1414 Burton St SW**
**Wyoming, MI 49509-1445**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Civil law suit** _____

---

| 4.32 | **NPAS, Inc.** | Last 4 digits of account number _____ | $264.77 |
|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 99400**
**Louisville, KY 40269-0400**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**        Case number (if know) _____

| | | |
|---|---|---|
| 4.33 | **PNC Bank** | Last 4 digits of account number _____ | **$600.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**222 Delaware Ave**
**Wilmington, DE 19801-1621**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                      ☐ Contingent
☐ Debtor 2 only                      ☐ Unliquidated
■ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Bank fees**

---

| | | |
|---|---|---|
| 4.34 | **Portfolio Recovery Associates** | Last 4 digits of account number  **2679** | **$817.63** |

Nonpriority Creditor's Name

When was the debt incurred?   **12/12/17**

**3250 W Big Beaver Rd Ste 124**
**Troy, MI 48084-2902**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                      ☐ Contingent
■ Debtor 2 only                      ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **General civil law suit**

---

| | | |
|---|---|---|
| 4.35 | **Portfolio Recovery Associates** | Last 4 digits of account number _____ | **$818.00** |

Nonpriority Creditor's Name

When was the debt incurred?   **02/2016**

**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502-4962**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                      ☐ Contingent
☐ Debtor 2 only                      ☐ Unliquidated
■ Debtor 1 and Debtor 2 only         ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify    **Snychrony Bank**

---

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**                    Case number (if know) _____

| | | |
|---|---|---|
| 4.36 | **Progressive Leasing** | Last 4 digits of account number _____ | $7,300.00 |

Nonpriority Creditor's Name

**256 W Data Dr**
**Draper, UT 84020-2315**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| | | |
|---|---|---|
| 4.37 | **Receivables Performance** | Last 4 digits of account number _____ | $948.56 |

Nonpriority Creditor's Name

**20816 44th Ave W**
**Lynnwood, WA 98036-7744**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Directv**

---

| | | |
|---|---|---|
| 4.38 | **Retrieval Masters Creditors Bureau, Inc.** | Last 4 digits of account number _____ | $1,171.40 |

Nonpriority Creditor's Name

**4 Westchester Plz Ste 110**
**Elmsford, NY 10523-1615**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Care Centrix**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

| 4.39 | **Rivertown Community FCU** | Last 4 digits of account number | **0137** | **$3,715.00** |

Nonpriority Creditor's Name

When was the debt incurred?  **04/15/2014**

**PO Box 249**
**Grandville, MI 49468-0249**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Small claims law suit**

---

| 4.40 | **RMCB** | Last 4 digits of account number | | **$726.23** |

Nonpriority Creditor's Name

When was the debt incurred?  **2017**

**PO Box 1235**
**Elmsford, NY 10523-0935**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Home healthcare Medical Services**

---

| 4.41 | **Sleep Management Solutions** | Last 4 digits of account number | | **$25.70** |

Nonpriority Creditor's Name

When was the debt incurred?

**PO Box 7780**
**London, KY 40742-7780**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **Medical**

---

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**                     Case number (if know) _____

| | |
|---|---|
| **4.42** | **Southwest Credit System** |

Nonpriority Creditor's Name

**4120 International Pkwy**
**Carrollton, TX 75007-1957**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$1,385.16**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **AT & T Mobility**

---

| | |
|---|---|
| **4.43** | **Sprint PCS** |

Nonpriority Creditor's Name

**535 W 14 Mile Rd**
**Madison Heights, MI 48071-1101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

| | |
|---|---|
| **4.44** | **State Collection Service** |

Nonpriority Creditor's Name

**2509 S Stoughton Rd**
**Madison, WI 53716-3314**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____          **$107.00**

When was the debt incurred?    **04/2018**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Apria Health Care**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

---

| 4.45 | **Steven Miller** |
|------|-------------------|

Nonpriority Creditor's Name

Last 4 digits of account number   **1865**      $9,272.36

When was the debt incurred?   **08/10/17**

**2477 Underhill Ct**
**The Villages, FL 32163-6389**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
■ Debtor 2 only
☐ Unliquidated
☐ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify   **General civil law suit**

---

| 4.46 | **Vanderlugt and Mulder Dental PLLC** |
|------|---------------------------------------|

Nonpriority Creditor's Name

Last 4 digits of account number _____      $134.30

When was the debt incurred? _____

**2008 Eastcastle Dr SE Ste C**
**Grand Rapids, MI 49508-8874**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify   **Medical**

---

| 4.47 | **Verizon Wireles** |
|------|---------------------|

Nonpriority Creditor's Name

Last 4 digits of account number _____      $3,175.58

When was the debt incurred? _____

**PO Box 4002**
**Acworth, GA 30101-9003**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Contingent
☐ Debtor 2 only
☐ Unliquidated
■ Debtor 1 and Debtor 2 only
☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**
☐ Student loans

**Is the claim subject to offset?**
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify   **Utility**

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2   **Kyle, Antonwaine & Dixon-Kyle, Karmine**                    Case number (if know) _____

---

| 4.48 | **Verizon Wireless/sou** | Last 4 digits of account number _____ | $793.00 |

Nonpriority Creditor's Name

When was the debt incurred?   **06/2007**

**PO Box 650051**
**Dallas, TX 75265-0051**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
☐ **Check if this claim is for a community** **debt**   Type of NONPRIORITY unsecured claim:
**Is the claim subject to offset?**          ☐ Student loans
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                             ■ Other. Specify  **Utility**

---

| 4.49 | **Xfinity** | Last 4 digits of account number _____ | $591.39 |

Nonpriority Creditor's Name

When was the debt incurred?

**41112 Concept Dr**
**Plymouth, MI 48170-4253**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
■ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ At least one of the debtors and another    ☐ Disputed
☐ **Check if this claim is for a community** **debt**   Type of NONPRIORITY unsecured claim:
**Is the claim subject to offset?**          ☐ Student loans
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
■ No
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
                                             ■ Other. Specify  **Utility**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**17th Circuit Court**              Line **4.31** of (Check one):
**180 Ottawa Ave NW Ste 2400**        ☐ Part 1: Creditors with Priority Unsecured Claims
**Grand Rapids, MI 49503-2703**       ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                    Last 4 digits of account number         **70CK**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**59th District Court**             Line **4.39** of (Check one):
**3161 Wilson Ave SW**                ☐ Part 1: Creditors with Priority Unsecured Claims
**Grandville, MI 49418-1274**         ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                    Last 4 digits of account number         **0137**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**61st District Court**             Line **4.34** of (Check one):
**180 Ottawa Ave NW**                 ☐ Part 1: Creditors with Priority Unsecured Claims
**Grand Rapids, MI 49503-2703**       ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                    Last 4 digits of account number         **2679**

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

---

**61st District Court**
**180 Ottawa Ave NW**
**Grand Rapids, MI 49503-2703**

Line **4.45** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **1865**

---

Name and Address
**61st District Court**
**180 Ottawa Ave NW**
**Grand Rapids, MI 49503-2703**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **1543**

---

Name and Address
**61st District Court**
**180 Ottawa Ave NW**
**Grand Rapids, MI 49503-2703**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**61st District Court**
**180 Ottawa Ave NW**
**Grand Rapids, MI 49503-2703**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Andrea Crumback**
**900 Monroe Ave NW**
**Grand Rapids, MI 49503-1423**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **70CK**

---

Name and Address
**Credit Union One**
**400 E 9 Mile Rd**
**Ferndale, MI 48220-1774**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kent County Circuit Court**
**180 Ottawa Ave NW Ste 2400**
**Grand Rapids, MI 49503-2703**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **0457**

---

Name and Address
**Kent County Friend of the Court**
**82 Ionia Ave NW**
**Grand Rapids, MI 49503-3000**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **0457**

---

Name and Address
**Kent County Register of Deeds**
**County Adminitration Building**
**300 Monroe Ave NW**
**Grand Rapids, MI 49503-2206**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.4** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **1135**

---

Name and Address
**Kent County Register of Deeds**
**County Adminitration Building**
**300 Monroe Ave NW**
**Grand Rapids, MI 49503-2206**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.2** of (Check one):

☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **7984**

---

Name and Address
**Michelle Born-Fischer**
**2180 44th St SE Ste 300**
**Grand Rapids, MI 49508-5093**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.45** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **1865**

---

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

---

Official Form 106 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 20 of 21

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (if know) _____

**Weber & Olcese**
**3250 W Big Beaver Rd Ste 124**
**Troy, MI 48084-2902**

Line **4.34** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        **2679**

---

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. $ | **1,477.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ | **35,008.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ | **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ | **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ | **36,485.00** |

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. $ | **11,655.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | **142,788.40** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ | **154,443.40** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonwaine Kyle** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Karmine Dixon-Kyle** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **Sam Dixon**<br>**1941 Catline Cir**<br>**Navarre, FL 32566-5531** | **Month to month residential lease** |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonwaine Kyle** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Karmine Dixon-Kyle** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

3.1

Name _____

Number        Street
City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3.2

Name _____

Number        Street
City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Antonwaine Kyle** |
| Debtor 2 (Spouse, if filing) | **Karmine Dixon-Kyle** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | | **Assistant Facility Administrator** | |
| **Employer's name** | | | |
| **Employer's address** | | | |
| **How long employed there?** | | | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **5,416.67** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **5,416.67** | $ **0.00** |

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | | $ 5,416.67 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 765.81 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 379.17 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 174.87 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 737.49 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: Points-SP | 5h.+ | $ 8.34 + | $ 0.00 |
| | Points - TM | | $ 66.67 | $ 0.00 |
| | Legal service | | $ 15.75 | $ 0.00 |
| | Garnishment | | $ 300.00 | $ 0.00 |
| | Liberty Auto Home | | $ 389.22 | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 2,837.32 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,579.35 | $ 0.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 127.23 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: State of Michigan Adoption Subsidy | 8h.+ | $ 0.00 + | $ 646.73 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 127.23 | $ 646.73 |

| | | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,706.58 | + | $ 646.73 | = | $ 3,353.31 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____  11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies  12. $ 3,353.31

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1 **Antonwaine Kyle**

Debtor 2 **Karmine Dixon-Kyle**
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. **Does Debtor 2 live in a separate household?**

    ■ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ☐ No

    Do not list Debtor 1 and Debtor 2.

    ■ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **son** | **16** | ☐ No  ■ Yes |
| **Daughter** | **15** | ☐ No  ■ Yes |
| **son** | **3** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No  ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J,* check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | Your expenses |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ **1,068.00**

    If not included in line 4:

    4a.    Real estate taxes    4a. $ 0.00
    4b.    Property, homeowner's, or renter's insurance    4b. $ 0.00
    4c.    Home maintenance, repair, and upkeep expenses    4c. $ 0.00
    4d.    Homeowner's association or condominium dues    4d. $ 0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ 0.00

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 270.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 434.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 270.00 |
| 10. | **Personal care products and services** | | 10. $ | 125.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 240.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 200.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 325.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 681.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** Schedule I, Your Income **(Official Form 106I).** | | 18. $ | 120.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** Schedule I: Your Income**.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. | Add lines 4 through 21. | $ | 5,033.00 |
| | 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ | 5,033.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. $ | 3,353.31 |
| | 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 5,033.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. $ | -1,679.69 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.   | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonwaine Kyle** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Karmine Dixon-Kyle** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Antonwaine Kyle** | X **/s/ Barmine Dixon-Kyle** |
|---|---|
| **Antonwaine Kyle** | **Karmine Dixon-Kyle** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **October 16, 2018** | Date **October 16, 2018** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonwaine Kyle** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Karmine Dixon-Kyle** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $1,145.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ■ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**                    Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $18,244.45 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $29,197.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | ☐ Wages, commissions, bonuses, tips | $0.00 | ■ Wages, commissions, bonuses, tips | $27,997.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | State of Michigan - Adoption Subsidy | $5,820.57 |
| **For last calendar year:**<br>**(January 1 to December 31, 2017 )** | | $0.00 | State of Michigan Adoption subsity | $7,680.00 |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2016 )** | | $0.00 | State of Michigan Adoption subsidy | $7,680.00 |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1
Debtor 2   **Kyle, Antonwaine & Dixon-Kyle, Karmine**     Case number (*if known*) _____

■ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ **No.** Go to line 7.

■ **Yes** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **My personal Credit Union**<br>**1414 Burton St SW**<br>**Wyoming, MI 49509-1445** | **2018** | **$2,700.40** | **$2,700.40** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No

   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ■ No

   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No

   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Portfolio Recovery Associates,**<br>**LLC v Dixon-Kyle**<br>**17GC2679** | **General Civil** | **61st District Court**<br>**180 Ottawa Ave NW**<br>**Grand Rapids, MI**<br>**49503-2703** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Steven Miller v Dixon-Kyle**<br>**17-GC-1865** | **General civil** | **61st District Court**<br>**180 Ottawa Ave NW**<br>**Grand Rapids, MI**<br>**49503-2703** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Credit Union One v Dixen-Kyle<br>18-07172-CK** | **General civil** | **17th Circuit Court<br>180 Ottawa Ave NW Ste 2400<br>Grand Rapids, MI 49503-2703** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **My Personal Credit Union v Dixon-Kyle<br>15-09370-CK** | **Civil** | **17th Circuit Court<br>180 Ottawa Ave NW Ste 2400<br>Grand Rapids, MI 49503-2703** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lake Michigan Credit Union v Kyle<br>2017GC0001543** | **General civil** | **61st District Court<br>180 Ottawa Ave NW<br>Grand Rapids, MI 49503-2703** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Rivertown Community Federal Credit Union v Kyle<br>SC140137** | **Small claims** | **59th District Court<br>3161 Wilson Ave SW<br>Grandville, MI 49418-1274** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Concord Associates v Kyle<br>2012LT0000816** | **Landlord tenant** | **61st District Court<br>180 Ottawa Ave NW<br>Grand Rapids, MI 49503-2703** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Certified Emergency Specialists PC v Kyle<br>2015GC0003833** | **General civil** | **61st District Court<br>180 Ottawa Ave NW<br>Grand Rapids, MI 49503-2703** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
   Check all that apply and fill in the details below.

   ☐ No. Go to line 11.
   ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **My personal Credit Union<br>1414 Burton St SW<br>Wyoming, MI 49509-1445** | **Wage garnishment**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>■ Property was garnished.<br>☐ Property was attached, seized or levied. | **2018** | **$2,700.40** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**                    Case number *(if known)*

---

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

---

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

---

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Watt Law Firm, P.C.**<br>**2951 Thornhills Ave SE**<br>**Grand Rapids, MI 49546-7154** | **Attorney Fees** | **09/10/18** | **$499.00** |
| **Watt Law Firm, PC**<br>**2951 Thornhills Ave SE**<br>**Grand Rapids, MI 49546-7154** | **Attorney Fees** | **10/16/18** | **$200.00** |

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number *(if known)*

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

---

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Lake Michigan Credit Union 4027 Lake Dr SE Grand Rapids, MI 49546-8812** | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2018 - husband** | $0.00 |
| **Lake Michigan Credit Union 4027 Lake Dr SE Grand Rapids, MI 49546-8812** | XXXX- | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Janury 2018 - husband** | $0.00 |
| **5/3 Bank PO Box 630900 Cincinnati, OH 45263-0900** | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2018 - husband** | $0.00 |

---

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2 **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number *(if known)* _____

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **5/3 Bank**<br>**PO Box 630900**<br>**Cincinnati, OH 45263-0900** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2018 - husband** | **$0.00** |
| **Chase Bank**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2018 - husband** | **$0.00** |
| **Chase Bank**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | **XXXX-** | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July 2018 - husband** | **$0.00** |
| **Navy Federal Credit Union** | **XXXX-** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 2017** | **$0.00** |
| **Navy Federal Credit Union** | **XXXX-** | ☐ Checking<br>☑ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **November 2017** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ☑ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ☑ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:** Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for**

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**                          Case number *(if known)*

someone.

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

### Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

### Part 11:    Give Details About Your Business or Connections to Any Business

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**    Case number *(if known)* _____

■ **No. None of the above applies. Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Antonwaine Kyle _____    /s/ Barmine Dixon-Kyle _____
**Antonwaine Kyle**                         **Karmine Dixon-Kyle**
**Signature of Debtor 1**                   **Signature of Debtor 2**

Date  **October 16, 2018** _____      Date  **October 16, 2018** _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Antonwaine Kyle** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Karmine Dixon-Kyle** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN, GRAND RAPIDS DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Carmax Auto Finance**<br><br>Description of property securing debt: **2014 Jeep Grand Cherokee 2WD** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Credit Union One**<br><br>Description of property securing debt: **2010 Mercedes-Benz GL550 4matic** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

**Part 2:**    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Debtor 1
Debtor 2  **Kyle, Antonwaine & Dixon-Kyle, Karmine**

Case number *(if known)*

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

**Part 3:**    **Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Antonwaine Kyle**                          X  **/s/ Barmine Dixon-Kyle**

**Antonwaine Kyle**                                        **Karmine Dixon-Kyle**
Signature of Debtor 1                                     Signature of Debtor 2

Date    **October 16, 2018**                      Date    **October 16, 2018**

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 2

**United States Bankruptcy Court**
**Western District of Michigan, Grand Rapids Division**

IN RE:                                                    Case No. _____

Kyle, Antonwaine & Dixon-Kyle, Karmine _____    Chapter **7** _____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true to the best of my (our) knowledge.


Date: **October 16, 2018** _____    */s/ Antonwaine Kyle* _____
                                            Debtor


                                            */s/ Barmine Dixon-Kyle* _____
                                            Joint Debtor

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

17th Circuit Court
180 Ottawa Ave NW Ste 2400
Grand Rapids, MI  49503-2703


59th District Court
3161 Wilson Ave SW
Grandville, MI  49418-1274


61st District Court
180 Ottawa Ave NW
Grand Rapids, MI  49503-2703


Acceptance Now
5501 Headquarters Dr
Plano, TX  75024-5837


Adventure Credit Union
630 32nd St SE
Grand Rapids, MI  49548-2306


Andrea Crumback
900 Monroe Ave NW
Grand Rapids, MI  49503-1423


Anesthesia Medical Consultants PC
PO Box 30322
Lansing, MI  48909-7822

Apria Healthcare
4513 Broadmoor Ave SE Ste D
Grand Rapids, MI  49512-5313


Cadillac Accounts Receiv
PO Box 358
Cadillac, MI  49601-0358


Caine & Weiner
PO Box 5010
Woodland Hills, CA  91365-5010


Capital One Bank USA NA
PO Box 30285
Salt Lake City, UT  84130-0285


Carmax Auto Finance
PO Box 440609
Kennesaw, GA  30160-9511


Celco LTD
1140 Terex Rd
Hudson, OH  44236-3771


Certified Emergency Specialists
5900 Byron Center Ave SW
Wyoming, MI  49519-9606

Chaka Osler
311 Charring Cross Dr SE
Grand Rapids, MI  49546


Chase Bank
270 Park Ave
New York, NY  10017-2014


Christopher Frank
PO Box 2191
Royal Oak, MI  48068-2191


Citicards Cbna
PO Box 6241
Sioux Falls, SD  57117-6241


Coast to Coast Financial
101 Hodencamp Rd Ste 120
Thousand Oaks, CA  91360-5831


Comcast
1 Comcast Ctr
Philadelphia, PA  19103-2838


Concord Associates Group, LLC
810 Leonard St NE
Grand Rapids, MI  49503-1190

Credit Acceptance
PO Box 513
Southfield, MI  48037-0513


Credit Collection Service
725 Canton St
Norwood, MA  02062-2679


Credit Union One
c/o Christopher Frank
PO Box 2191
Royal Oak, MI  48068-2191


Credit Union One
400 E 9 Mile Rd
Ferndale, MI  48220-1774


Dept of Ed/Navient
PO Box 9635
Wilkes Barre, PA  18773-9635


Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville, FL  32256-0596


ERC
PO Box 57610
Jacksonville, FL  32241-7610

Fifth Third Bank
PO Box 630900
Cincinnati, OH  45263-0900


Grand Rapids Ear Nose and Throat PC
1555 44th St SW
Wyoming, MI  49509-4313


Grand Rapids Surgical Suites
2505 E Paris Ave SE Ste 105
Grand Rapids, MI  49546-2459


Huntington Bank
17 S High St
Columbus, OH  43215-3413


Internal Revenue Service
PO Box 804527
Cincinnati, OH  45280-4527


Jefferson Capital Systems, LLC
16 McLeland Rd
Saint Cloud, MN  56303-2198


Kent County Circuit Court
180 Ottawa Ave NW Ste 2400
Grand Rapids, MI  49503-2703

```
Kent County Friend of the Court
82 Ionia Ave NW
Grand Rapids, MI  49503-3000


Kent County Register of Deeds
County Adminitration Building
300 Monroe Ave NW
Grand Rapids, MI  49503-2206


Lake Michigan Credit Union
4027 Lake Dr SE
Grand Rapids, MI  49546-8812


Lake Michigan Credit Union
3810 Sparks Dr SE
Grand Rapids, MI  49546-6144


Merchants & Medical
6324 Taylor Dr
Flint, MI  48507-4680


Mercy Health Physicians Partners
PO Box 14009
Belfast, ME  04915-4031


Mercy Health St Mary's
1820 44th St SE
Grand Rapids, MI  49508-5006
```

Michelle Born-Fischer
2180 44th St SE Ste 300
Grand Rapids, MI  49508-5093


My personal Credit Union
1414 Burton St SW
Wyoming, MI  49509-1445


NPAS, Inc.
PO Box 99400
Louisville, KY  40269-0400


PNC Bank
222 Delaware Ave
Wilmington, DE  19801-1621


Portfolio Recovery Associates
3250 W Big Beaver Rd Ste 124
Troy, MI  48084-2902


Portfolio Recovery Associates
120 Corporate Blvd Ste 1
Norfolk, VA  23502-4962


Progressive Leasing
256 W Data Dr
Draper, UT  84020-2315

Receivables Performance
20816 44th Ave W
Lynnwood, WA  98036-7744


Retrieval Masters Creditors Bureau, Inc.
4 Westchester Plz Ste 110
Elmsford, NY  10523-1615


Rivertown Community FCU
PO Box 249
Grandville, MI  49468-0249


RMCB
PO Box 1235
Elmsford, NY  10523-0935


Sleep Management Solutions
PO Box 7780
London, KY  40742-7780


Southwest Credit System
4120 International Pkwy
Carrollton, TX  75007-1957


Sprint PCS
535 W 14 Mile Rd
Madison Heights, MI  48071-1101

State Collection Service
2509 S Stoughton Rd
Madison, WI  53716-3314


State of Michigan Child Support
PO Box 30478
Lansing, MI  48909-7978


State of Michigan Dept of Treasury
PO Box 77929
Detroit, MI  48277-0929


Steven Miller
2477 Underhill Ct
The Villages, FL  32163-6389


Vanderlugt and Mulder Dental PLLC
2008 Eastcastle Dr SE Ste C
Grand Rapids, MI  49508-8874


Verizon Wireles
PO Box 4002
Acworth, GA  30101-9003


Verizon Wireless/sou
PO Box 650051
Dallas, TX  75265-0051

Weber & Olcese
3250 W Big Beaver Rd Ste 124
Troy, MI  48084-2902


Xfinity
41112 Concept Dr
Plymouth, MI  48170-4253

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|
| **Debtor 1**   **Antonwaine Kyle** | ☑ 1. There is no presumption of abuse |
| **Debtor 2**   **Karmine Dixon-Kyle** <br>(Spouse, if filing) | ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2). |
| United States Bankruptcy Court for the:   Western District of Michigan, Grand Rapids Division | ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later. |
| Case number <br>(if known) | ☐ Check if this is an amended filing |

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* **(Official Form 122A-1Supp)** with this form.

**Part 1:**    **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married**. Fill out Column A, lines 2-11.

    ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 5,000.00 | $ 0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $ 0.00 | $ 0.00 |
| 5. | **Net income from operating a business, profession, or farm** | | |

| 5. | | Debtor 1 | | | |
|---|---|---|---|---|---|
| | Gross receipts (before all deductions) | $ 127.23 | | | |
| | Ordinary and necessary operating expenses | -$ 0.00 | | | |
| | Net monthly income from a business, profession, or farm | $ 127.23 | Copy here -> $ 127.23 | $ 0.00 |

| 6. | **Net income from rental and other real property** | | | | |
|---|---|---|---|---|---|
| | | Debtor 1 | | | |
| | Gross receipts (before all deductions) | $ 0.00 | | | |
| | Ordinary and necessary operating expenses | -$ 0.00 | | | |
| | Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ 0.00 |
| 7. | **Interest, dividends, and royalties** | | $ 0.00 | $ 0.00 |

Debtor 1
Debtor 2    **Kyle, Antonwaine & Dixon-Kyle, Karmine**    Case number (*if known*)

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ 0.00 | $ 0.00 |
| | Do not enter the amount if you contend that the amount received was a benefit under the<br>Social Security Act. Instead, list it here: | | |
| | For you $ 0.00 | | |
| | For your spouse $ 0.00 | | |
| 9. | **Pension or retirement income.** Do not include any amount received that was a benefit<br>under the Social Security Act. | $ 0.00 | $ 0.00 |
| 10. | **Income from all other sources not listed above.** Specify the source and amount. Do<br>not include any benefits received under the Social Security Act or payments received as<br>a victim of a war crime, a crime against humanity, or international or domestic terrorism.<br>If necessary, list other sources on a separate page and put the total below. | | |
| | State of Michigan adoption subsidy | $ 646.73 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| | Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |
| 11. | **Calculate your total current monthly income.** Add lines 2 through 10 for<br>each column. Then add the total for Column A to the total for Column B. | $ 5,773.96 | + $ 0.00 | = $ 5,773.96 |

Total current monthly
income

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

  12a. Copy your total current monthly income from line 11 .......................... Copy line 11 here=>    $ 5,773.96

  Multiply by 12 (the number of months in a year)    x 12

  12b. The result is your annual income for this part of the form    12b. $ 69,287.52

13. **Calculate the median family income that applies to you.** Follow these steps:

  Fill in the state in which you live.    MI

  Fill in the number of people in your household.    5

  Fill in the median family income for your state and size of household.    13. $ 97,325.00
  To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this
  form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

  14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
       Go to Part 3.
  14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
       Go to Part 3 and fill out Form 122A-2.

**Part 3:**    **Sign Below**

  By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

  X **/s/ Antonwaine Kyle**    X **/s/ Barmine Dixon-Kyle**
  **Antonwaine Kyle**    **Karmine Dixon-Kyle**
  Signature of Debtor 1    Signature of Debtor 2

  Date **October 16, 2018**    Date **October 16, 2018**
  MM / DD / YYYY    MM / DD / YYYY

  If you checked line 14a, do NOT fill out or file Form 122A-2.

  If you checked line 14b, fill out Form 122A-2 and file it with this form.

**United States Bankruptcy Court**
**Western District of Michigan, Grand Rapids Division**

IN RE:                                                                                    Case No. _____

Kyle, Antonwaine & Dixon-Kyle, Karmine _____    Chapter **7**_____
                                 Debtor(s)

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:                     $ _____**1,145.00**

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2. Gross Monthly Income:                                                         $ _____**127.23**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor)                   $ _____
   4. Payroll Taxes                                                                 $ _____
   5. Unemployment Taxes                                                     $ _____
   6. Worker's Compensation                                                 $ _____
   7. Other Taxes                                                                   $ _____
   8. Inventory Purchases (Including raw materials)               $ _____
   9. Purchase of Feed/Fertilizer/Seed/Spray                         $ _____
10. Rent (Other than debtor's principal residence)               $ _____
11. Utilities                                                                           $ _____
12. Office Expenses and Supplies                                          $ _____
13. Repairs and Maintenance                                                $ _____
14. Vehicle Expenses                                                            $ _____
15. Travel and Entertainment                                                $ _____
16. Equipment Rental and Leases                                          $ _____
17. Legal/Accounting/Other Professional Fees                      $ _____
18. Insurance                                                                        $ _____
19. Employee Benefits (e.g., pension, medical, etc.)             $ _____
20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
     Business Debts (Specify):                                               $ _____

21. Other (Specify):                                                               $ _____

22. Total Monthly Expenses (Add items 3-21)                        $ _____

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)      $ _____**127.23**

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 2018 CINGroup - www.cincompass.com

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A−1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A−2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A−2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 2018 CINGroup - www.cincompass.com

**United States Bankruptcy Court**
**Western District of Michigan, Grand Rapids Division**

IN RE:                                                    Case No. _____

Kyle, Antonwaine & Dixon-Kyle, Karmine    _____    Chapter **7** _____
                          Debtor(s)

**CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)**
**UNDER § 342(b) OF THE BANKRUPTCY CODE**

**Certificate of [Non-Attorney] Bankruptcy Petition Preparer**

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____    Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer    petition preparer is not an individual, state
Address:                                                     the Social Security number of the officer,
_____    principal, responsible person, or partner of
_____    the bankruptcy petition preparer.)
                                                        (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Kyle, Antonwaine & Dixon-Kyle, Karmine ____    **X** */s/ Antonwaine Kyle* _____    **10/16/2018**
Printed Name(s) of Debtor(s)                          Signature of Debtor                     Date

Case No. (if known) _____    **X** */s/ Barmine Dixon-Kyle* _____    **10/16/2018**
                                                        Signature of Joint Debtor (if any)         Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

# UNITED STATES BANKRUPTCY COURT
## Western District of Michigan, Grand Rapids Division

In re   **Kyle, Antonwaine**_____ ,   Case No. _____

Debtor                                   Chapter   **7**_____

## STATEMENT UNDER PENALTY OF PERJURY
## CONCERNING PAYMENT ADVICES

I*, **Kyle, Antonwaine**_____ , state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[  ] I was not employed during the period immediately preceding the filing of the above-referenced case,
          *(insert dates that you were not employed )*;

[  ] I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[X] I am self-employed and do not receive any evidence of payment from an employer;

[  ] Other (please provide explanation):_____.

I declare under penalty of perjury that the foregoing statement is true and correct

Dated:  **October 16, 2018**          By:   */s/ Antonwaine Kyle*_____

                                            Signature of debtor

                                            **Antonwaine Kyle**_____

                                            Printed name of debtor

                                                        **3941 Breton Rd SE**
                                                        **Grand Rapids, MI  49512-3725**

                                            Home Address

                                            Telephone number   _____

                                            Facsimile number   _____

                                            E-mail address   _____

*A separate form must be signed for each debtor

# UNITED STATES BANKRUPTCY COURT
## Western District of Michigan, Grand Rapids Division

In re  **Dixon-Kyle, Karmine**  ,  Case No. _____

Debtor  Chapter  **7**  _____

### STATEMENT UNDER PENALTY OF PERJURY
### CONCERNING PAYMENT ADVICES

I*,  **Dixon-Kyle, Karmine**  , state as follows:

I did file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

Check applicable boxes:

[X] I was employed during the period immediately preceding the filing of the above-referenced case

[ ] I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

[ ] I am self-employed and do not receive any evidence of payment from an employer;

[ ] Other (please provide explanation):_____.

I declare under penalty of perjury that the foregoing statement is true and correct

Dated:  **October 16, 2018**    By:    */s/ Barmine Dixon-Kyle* _____

Signature of debtor

**Barmine Dixon-Kyle** _____

Printed name of debtor

**3941 Breton Rd SE**
**Grand Rapids, MI  49512-3725**

Home Address    _____

Telephone number   _____

Facsimile number   _____

E-mail address    _____

*A separate form must be signed for each debtor

EXHIBIT 3

**United States Bankruptcy Court**
**Western District of Michigan, Grand Rapids Division**

In re    **Kyle, Antonwaine & Dixon-Kyle, Karmine**          Case No.: _____

                              Debtor (s)          Chapter:    **7**

_____ /

**ASSET PROTECTION REPORT**

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| Vehicles | Yes | Liberty Mutual | | Yes |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If the debtor is self-employed, does the debtor have general liability insurance for business activities?

Yes [  ]  No [  ]

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated:   **October 16, 2018**                    */s/ Antonwaine Kyle*
                                                                                      Debtor

Dated:   **October 16, 2018**                    */s/ Barmine Dixon-Kyle*
                                                                                      Joint Debtor(if any)

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.