UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

Antonwaine Kyle and
Karmine Dixon-Kyle,	Case No. BG18-04353
	Chapter 7
	Honorable James W. Boyd

_____ Debtors./

ORDER GRANTING THE
UNITED STATES TRUSTEE'S MOTION TO EXTEND TIME TO
OBJECT TO DISCHARGE, TO DELAY THE GRANTING OF A DISCHARGE,
AND TO EXTEND THE TIME FOR FILING A MOTION TO DISMISS

The United States Trustee's motion for an extension of the time in which to file an objection to the debtor's discharge or a motion to dismiss the case has come before the Court. The Court has determined to enter the order provisionally, upon the following terms. Therefore,

IT IS ORDERED THAT:

1. All parties in interest have twenty days from the date of service of this order in which to file an objection to the extension requested by the United States Trustee.

2. If a timely objection is filed, the Clerk of the Court is directed to set that objection for hearing. Until that hearing has been resolved, and until after the expiration of any extension that may be granted and the resolution of any objection or motion to dismiss that may be filed, the Clerk is ordered not to issue a discharge to the debtor.

3. If no timely objection is filed, then the United States Trustee's motion to extend the time for the filing of an objection to discharge, for a delay in the granting of a discharge, and to extend the time to file a motion to dismiss, is granted. Pursuant to Federal Rules of Bankruptcy Procedure 1017(e)(1) and 4004(b), any and all creditors or parties in interest in this case, including but not limited to the United States Trustee, have until March 1, 2019, to file an objection to the debtor's discharge or a motion to dismiss this case under 11 U.S.C. Section 707(b), and the Clerk of the Court is ordered not to permit the issuance of a discharge to the debtor until after that date, and no discharge shall be granted until further order of the Court if an objection to discharge or a motion to dismiss is filed before the expiration of the extended filing period.

4. The Clerk shall serve a copy of this order upon the Chapter 7 Trustee, the debtors, the attorney for the debtors, the United States Trustee, and all parties listed on the mailing matrix in this case.

Order Prepared By:
Michael V. Maggio
Trial Attorney
Office of the United States Trustee
United States Department of Justice
The Ledyard Building, Second Floor
125 Ottawa Avenue NW, Suite 200R
Grand Rapids, Michigan 49503
Tel: (616) 456-2002, ext. 114

END OF ORDER

**IT IS SO ORDERED.**

**Dated December 4, 2018**



James W. Boyd
United States Bankruptcy Judge