Form OSTRKCM (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Antonwaine Kyle**<br>3941 Breton Rd SE<br>Grand Rapids, MI 49512−3725<br>SSN: xxx−xx−7034<br>**Karmine Dixon−Kyle**<br>3941 Breton Rd SE<br>Grand Rapids, MI 49512−3725<br>SSN: xxx−xx−5267 | **Case Number 18−04353−jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |
| **Debtors** | |

## NOTICE STRIKING CLAIM

In the above−noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005−2(c), the following proof of claim presented for filing is deemed defective:

Claim Number: 5

Name of Claimant: Adventure Credit Union

Reason for Defect: *Stricken−Not Properly Signed* (document does not have original wet−ink signature)

The Claim is not properly signed or verified as required by BR9011. The claim must be refiled with the Court to correct the defect within fourteen (14) days of the date below. A Claim which is timely filed to correct the defect, shall be considered filed as the date that the claim was originally received by the Court.



Daniel M. LaVille
Clerk of Court

**Dated:** April 23, 2019

² *Aliases for Joint Debtor Karmine Dixon−Kyle : aka Karmine Dixon*